IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BART STANLEY KERNS,<br><br>    Defendant. | Case No. 4:17-cr-093<br><br>**MOTION TO FILE PLEADING UNDER SEAL** |

Defendant, Bart Stanley Kerns, through counsel, states to the court:

1. The defendant has prepared a Sentencing Memorandum.

2. The defendant's Sentencing Memorandum contains personal information that should not be made public.

Defendant, Bart Stanley Kerns, respectfully requests that the court order the clerk to file defendant's Sentencing Memorandum under seal.

                 */s/ B. John Burns*
                 B. John Burns, Asst. Federal Defender
                 FEDERAL PUBLIC DEFENDER'S OFFICE
                 400 Locust Street, Suite 340
                 Des Moines, Iowa 50309-2353
                 PHONE: (515) 309-9610
                 FAX: (515) 309-9625
                 E-MAIL: b._john_burns@fd.org
                 ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on November 20, 2017, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

   */s/ Theresa McClure*