# United States District Court for the Southern District of Iowa

Presiding: Honorable JAMES E. GRITZNER
Criminal No. 4:17-cr-00093 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. Bart Stanley Kerns

---

| | |
|---|---|
| Gov. Atty(s): John E Beamer | : ✔ Indictment   Superseding Indictment   Information |
| Def. Atty(s): B John Burns III | : In  1  Count(s) – Code Violation: |
| Court Reporter: Terri Martin | : T:18:922(g)(1), 924(a)(2) - Prohibited Person in Possession of a Firearm |
| Interpreter: interpreter present? No | : |
| Date: Nov. 28, 2017 | : |
| Time Start: 10:28 am  Time End: 10:50 am | : |

---

| | |
|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) one | : ✔ Court adopted findings of Final PSR |
|   Jury   Court guilty verdict to Count(s) | :   Final PSR as amended |

Minutes:

Ct and counsel proceed off the record in chambers: 10:28. Ct on the record in the courtroom: 10:34. Def present with counsel. Ct accepts plea agreement and agrees to be bound by the agreement. Counsel have no objections to factual findings of PSIR; Ct accepts the PSIR as factual findings for the purpose of sentencing. Ct makes USSG calculation; Counsel present sentencing arguments. Def allocutes. Ct considers arguments, 3553 (a) factors, imposes sentence. Ct advises Def of right to appeal consistent with plea agreement. Def remanded to custody of USMS.

---

Sentence Imposed:

Def sentenced on Count 1 to a term of imprisonment of 37 months in the custody of the BOP. 36 months supervised release to follow. $100 special assessment.
Ct. recommends placement at BOP facility that can address Defendant's mental health issues.

/s/ C.Murad
_____
Law Clerk