PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

---

**Name of Offender:**  Bart Stanley Kerns       **Case Number:**  4:17-cr-00093

**Name of Sentencing Judicial Officer:**  James E. Gritzner, Senior U.S. District Judge

**Date of Original Sentence:**  November 28, 2017

**Original Offense:**  18 U.S.C. §§ 922(g)(1), 924(a)(2) – Prohibited Person in Possession of a Firearm

**Original Sentence:**  37 months imprisonment; 36 months supervised release

**Date Original Supervision Commenced:**  June 2, 2020

**Prior Modification(s)/Revocation(s):**  None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. New Arrest | On November 15, 2020, Mr. Kerns was cited by the Iowa Department of Natural Resources for Illegal Taking of a Deer. |
| 2. Possession of a Dangerous Weapon | On November 15, 2020, Mr. Kerns was cited by the Iowa Department of Natural Resources regarding a game violation. Mr. Kerns promptly reported this to the Probation Officer and admitted he used a cross bow to kill a deer. |

### U.S. Probation Officer Action:

This officer counseled Mr. Kerns on the severity of his noncompliance and discussed the possible consequences from continued noncompliance. Mr. Kerns will appear for all scheduled state court appearances and keep the Probation Officer informed until the case is resolved. Mr. Kerns was directed to remove his cross bow from the residence and have no access to it or other dangerous weapons.

**The Probation Office recommends that no further action be taken at this time.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2021

by: *Emily Noordhoek*

Emily Noordhoek
U.S. Probation Officer

The United States Attorney's Office:

☑ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

Jason T. Griess
Assistant United States Attorney

☐ Objects and will petition the Court requesting that a formal hearing be set.

Signature

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

Signature of Judicial Officer

☐ Other:

Date