PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

---

**Name of Offender:**  Bart Stanley Kerns                                      **Case Number:**  4:17-cr-00093

**Name of Sentencing Judicial Officer:**  James E. Gritzner, Senior U.S. District Judge

**Date of Original Sentence:**  November 28, 2017

**Original Offense:**  18 U.S.C. §§ 922(g)(1), 924(a)(2) – Prohibited Person in Possession of a Firearm

**Original Sentence:**  37 months imprisonment; 36 months supervised release

**Date Original Supervision Commenced:**  June 2, 2020

**Prior Modification(s)/Revocation(s):**  None

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Drug Use – Cocaine and Methamphetamine | On January 11, 2021, Mr. Kerns provided a urine sample which was presumptive positive for cocaine. Mr. Kerns denied using any controlled substances and the sample was sent to the laboratory. The laboratory confirmed the sample positive for cocaine and methamphetamine. |

**U.S. Probation Officer Action:**

This officer counseled Mr. Kerns on the severity of his noncompliance and discussed possible consequences from continued noncompliance. Urinalysis testing for Mr. Kerns will be increased and monitored. Mr. Kerns will also obtain a new substance abuse evaluation through Prelude Behavioral Health Services and comply with any recommended treatment.

**The Probation Office recommends that no further action be taken at this time.**

U.S. v. Bart Stanley Kerns (4:17-cr-00093) | Report on Offender Under Supervision

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 21, 2021

by: *Emily Noordhoek*
Emily Noordhoek
U.S. Probation Officer

The United States Attorney's Office:

☑ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess
Assistant United States Attorney

*[signature]*
Signature

## THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

☐ Other: _____

_____
Signature of Judicial Officer

_____
Date