PROB 12B
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

---

**Name of Offender:** Bart Stanley Kerns      **Case Number:** 4:17-cr-00093

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge

**Date of Original Sentence:** November 28, 2017

**Original Offense:** 18 U.S.C. §§ 922(g)(1), 924(a)(2) – Prohibited Person in Possession of a Firearm

**Original Sentence:** 37 months imprisonment; 36 months supervised release

**Date Original Supervision Commenced:** June 2, 2020

**Prior Modification(s)/Revocation(s):** None

---

### PETITIONING THE COURT

☐    To extend the term of supervision for … years, for a total term of …years.

☒    To modify the conditions of supervision as follows:

*You must reside, participate, and follow the rules of the residential reentry program, as directed by the U.S. Probation Officer, for up to 120 days. The residential reentry program is authorized to allow up to six hours of pass time per week for good conduct when you become eligible in accordance with the residential reentry program standards.*

*You must not patronize business establishments where more than fifty percent of the revenue is derived from the sale of alcoholic beverages.*

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New Arrest – 2nd Degree Criminal Mischief | On June 4, 2021, the Madison County Sheriff's Office investigated a report of an explosion at The Talk Shop Lounge in St. Charles, Iowa. Several witnesses identified Mr. Kerns as the person who set off an exploding firework which caused approximately $1500 in damage. A warrant was initiated for Mr. Kerns on June 16, 2021. Mr. Kerns turned himself in on the outstanding warrant on June 24, 2021. Mr. Kerns was issued a new court date and released the same day. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 1, 2021

by: *Emily Noordhoek*

Emily Noordhoek
U.S. Probation Officer

---

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

**Ryan Leemkuil**
Assistant United States Attorney

*Ryan Leemkuil*
Signature

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☐ The modification of conditions as noted above.

☐ The issuance of a summons so a hearing can be held on _____ at _____ .

_____
Signature of Judicial Officer

_____
Date

PROB 49
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*You must reside, participate, and follow the rules of the residential reentry program, as directed by the U.S. Probation Officer, for up to 120 days. The residential reentry program is authorized to allow up to six hours of pass time per week for good conduct when you become eligible in accordance with the residential reentry program standards.*

*You must not patronize business establishments where more than fifty percent of the revenue is derived from the sale of alcoholic beverages.*

☐ I agree to the above modification based on the cause outlined in the attached petition.
☑ I do not dispute that I have violated the conditions of my supervision, as outlined in the attached petition and agree to the modification of my conditions as outlined above.
☐ I dispute that I have violated the conditions of my supervision, as outlined in the attached petition, but I agree to the modification of my conditions as outlined above.

Witness __USPO Emily Donohoen__  Signed __Bart Kumm__
(U.S. Probation Officer)                 (Probationer or Supervised Releasee)

__6/30/2021__
(Date)