PROB 12C
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bart Stanley Kerns  **Case Number:** 4:17-cr-00093

**Name of Sentencing Judicial Officer:** James E. Gritzner, Senior U.S. District Judge

**Date of Original Sentence:** November 28, 2017

**Original Offense:** 18 U.S.C. §§ 922(g)(1), 924(a)(2) – Prohibited Person in Possession of a Firearm

**Original Sentence:** 37 months imprisonment; 36 months supervised release

**Date Original Supervision Commenced:** June 2, 2020

**Prior Modification(s)/Revocation(s):** None

## PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation | Nature of Noncompliance |
|---|---|
| 1. New Arrest – 2nd Degree Criminal Mischief | On June 4, 2021, the Madison County Sheriff's Office investigated a report of an explosion at The Talk Shop Lounge in St. Charles, Iowa. Several witnesses identified Mr. Kerns as the person who set off an exploding firework which caused approximately $1500 in damage. A warrant was initiated for Mr. Kerns on June 16, 2021. Mr. Kerns turned himself in on the outstanding warrant on June 24, 2021. Mr. Kerns was issued a new court date and released the same day.<br><br>On September 2, 2021, Mr. Kerns entered a written guilty plea to a lesser charge of Criminal Mischief in the Fourth Degree (serious misdemeanor). Mr. Kerns was sentenced to a $430 fine and $1500 towards victim restitution. |

U.S. Probation Officer Recommendation:

The term of supervision should be

☒ revoked.

☐ extended for … years, for a total term of … years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 28, 2021

by: *Emily Noordhoek*
Emily Noordhoek
U.S. Probation Officer

The United States Attorney's Office:

☑ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess
Assistant United States Attorney

*[signature]*
Signature

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons so a hearing can be held on _____ at _____.

_____
Signature of Judicial Officer

_____
Date