IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:17-CR-093 |
| v. | ) | |
| | ) | GOVERNMENT'S |
| BART STANLEY KERNS, | ) | EXHIBITS |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 57B, the United States respectfully files the exhibits offered and/or admitted to the District Court in the above-referenced case during the revocation hearing held on November 2, 2021.

                                         Respectfully Submitted,

                                         Richard D. Westphal
                                         Acting United States Attorney

                   By:     */s/ Jason T. Griess*
                          Jason T. Griess
                          Assistant United States Attorney
                          U. S. Courthouse Annex, Suite 286
                          110 East Court Avenue
                          Des Moines, Iowa 50309
                          Tel: (515) 473-9300
                          Fax: (515) 473-9292
                          Email: Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

_X__ ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: */s/ Dawn Thomas*
　　　Paralegal Specialist