IN THE IOWA DISTRICT COURT IN AND FOR
MADISON COUNTY

This Complaint and Affidavit is to be:

☒ Filed with Court Clerk (cc: CA)
☐ Submitted to County Attorney
☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: **21-M138 (2)**

Arrest Date: _____

## THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| KERNS | BART | STANLEY | |

| Address | | City | State | Zip Code |
|---|---|---|---|---|
| 716 W GREEN ST | | WINTERSET | IA | 50273 |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| 092BB1745 | IA | C | J | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| ▉▉▉ | MALE | WHITE - W | NOT OF HISPANIC ORIGIN - N |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 6' 04" | 200 LBS | BROWN - BRO | |

### OFFENSE

| State ☒ | County ☐ | Local ☐ | Code Section 727.2(4)(B) | Crime Description LIMITATIONS CONSUMER FIREWORKS | Speed | in | Zone |

| Class SMMS | Serious P.I. ☐ | Fatal Accident ☐ | Civil Damage Assessment ☐ | Other ☐ |

Location Type
**03 - BAR/NIGHTCLUB**

Literal Description
**THE TALK SHOP LOUNGE**

| Address | City | State | Zip Code |
|---|---|---|---|
| 3357 ST. CHARLES RD | ST. CHARLES | IA | 50240 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 06/04/2021 | | 23:11 | |

### STATUS OF OFFENDER/JUVENILE

☐ TAKEN INTO CUSTODY
☐ CUSTODY
☐ SUMMONS TO APPEAR (Citation Issued)
☒ WARRANT REQUESTED
☐ NO CONTACT ORDER REQUESTED
☐ RELEASED TO PARENT/GUARDIAN

### NARRATIVE

Narrative of Offense Committed
On or about the above stated date and time, the Defendant did
unlawfully use or explode consumer fireworks by a person, firm, partnership or corporation at times other than between 9:00 a.m. and 10:00 p.m.

*And 2nd degree criminal mischief Class D felony*



GOVERNMENT EXHIBIT 1

## AFFIDAVIT

**STATE OF IOWA,          MADISON COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime

State all facts and persons relied upon supporting elements of alleged crime

On June 4th, 2021 at or about 2333 hours I, Deputy Kofoid, received a report of an explosion at 3357 St. Charles Road in Saint Charles, Iowa. At this location is The Talk Shop Lounge.

I arrived on scene at or about 2356 hours.

I spoke to several witnesses during the investigation and they identified Bart Stanley Kerns as the suspect who set off the exploding firework at or about 2310 hours. The suspect was described as an older male with long hair, tattoos, and a black cast. Witnesses reported that Mr. Kerns was inside the bar earlier in the evening and there were numerous people gathered on the property at the time of the explosion.

I received video footage from the owner of the Talk Shop Lounge, Jason Bolen. The video shows Mr. Kerns walking toward the area of where the explosion occurred and away from the area seconds after the explosion. The video then shows Mr. Kerns leave the scene in a four door Chevrolet pickup with black rims.

The explosion caused $1,500 damage to The Talk Shop Lounge.

Deputy Kofoid 61-9.

KOFOID, SHAY        61-9
Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

Defendant Implicated
04 - CAUSED PROPERTY DAMAGE, 07 - IDENTIFIED BY WITNESSES, 09 - NEAR SCENE OF CRIME, 14 - OTHER PHYSICAL EVIDENCE

| Operating Motor Vehicle in County | Other Physical Evidence<br>**CAMERA FOOTAGE** | Attempted To Inflict Injury |
|---|---|---|

**STATE OF IOWA,          MADISON COUNTY**

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on 06/10/2021

| Notary Name | **BETSY K. SNYDER** | Signature of Verifying Party |
| Commission Number | 792583 | Betsy K. Snyder |
| My Commission Expires | 10/09/2021 | ☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney |

(Notarial Seal - IOWA)