IN THE IOWA DISTRICT COURT FOR MADISON COUNTY

| STATE OF IOWA,<br>Plaintiff,<br><br>Vs.<br><br>BART STANLEY KERNS,<br>Defendant. | CRIMINAL NO. FECR109702;<br>SMAC005196<br><br>**JUDGMENT AND SENTENCE**<br>**SERIOUS MISDEMEANOR** |
|---|---|

Defendant is charged with Criminal Mischief in the Second Degree, in violation of Iowa Code 716.1, 716.4(1), 716.4(2), a Class D Felony.

The State is represented by Matthew D. Schultz, Madison County Attorney. The Defendant is represented by counsel, R. Ben Stone.

Pursuant to North Carolina vs. Alford, Defendant, has filed a written guilty plea to the lesser included charge of **Criminal Mischief in the Fourth Degree, in violation of Iowa Code 716.1, 716.6(1), a Serious Misdemeanor**. The State is in agreement with this plea. The Court finds the Defendant understands the charge, the penal consequences and the constitutional rights being waived. The plea has a factual basis and is knowingly, voluntarily and intelligently made. Defendant waives use of a presentence investigation report. Defendant knows of no legal cause why judgment should not now be entered and none appears upon the record. **DEFENDANTS PLEA IS ACCEPTED**.

Defendant seeks immediate sentencing and waives time before sentencing and right to file a Motion in Arrest of Judgment.

**IT IS THE JUDGMENT AND SENTENCE OF THIS COURT** that the Defendant is convicted of **Criminal Mischief in the Fourth Degree, in violation of Iowa Code 716.1, 716.6(1)., a Serious Misdemeanor** and, pursuant to 903.1, IT IS ORDERED:

- Defendant shall pay a fine of $430.00 and the statutory 15% crime services surcharge pursuant to Iowa Code 911.1.

- Defendant shall pay full restitution. Restitution in this matter in the amount $1500.00 has been approved by the Court and has already been paid to the victim(s).

- Defendant shall by restitution for all costs and fees incurred for legal assistance pursuant to Iowa Code Section 815.9.

- Defendant shall pay court costs in the amount of money to be determined.


GOVERNMENT EXHIBIT 3

- Pursuant to the plea agreement, **SMAC005196** is hereby dismissed with costs assessed to the Defendant.

IT IS FURTHER ORDERED:

Iowa law separates restitution into three categories. ***Victim Pecuniary Damages*** includes the damages done to a victim in the course of a crime as set out in Iowa Code § 910.1(3). ***Category A Restitution*** includes fines, surcharges and penalties. Defendant must pay all ***Victim Pecuniary Damages*** and ***Category A Restitution*** and that duty is not subject to a reasonable ability to pay analysis.

***Category B Restitution*** includes court costs (including correctional fees approved pursuant to Iowa Code §356.7(2)(i)), crime victim assistance program reimbursement, expenses incurred by public agencies under Iowa Code §321J.2(13)(b), medical assistance program restitution pursuant to Iowa Code chapter 249A, contributions to a local anti-crime organization and legal assistance fees, (including the expense of a public defender) pursuant to Iowa Code §815.9.

<u>The defendant is advised, that Court debt is due upon entry of this Order. Unpaid Court debt shall be deemed delinquent if it is not paid within thirty (30) days after the date it is assessed. If the Defendant fails to pay the total financial obligation due, the obligation may be transferred for collection. The State of Iowa may withhold any State income tax refund, vehicle registration and/or driver's license issuance for unpaid court ordered financial obligations.</u>

In determining the sentence imposed in this matter, the Court has considered the Defendant's characteristics; the Defendant's family and financial circumstances; the Defendant's criminal record and social history; the circumstances of the offense; the harm to the victim, the victim's family and the community; the plea agreement, if any; and any mitigating circumstances. Having considered these factors, the Court has determined that the sentence imposed will provide maximum opportunity for the rehabilitation of the Defendant and for the protection of the community from further offenses by the Defendant and others.

The Defendant's term of incarceration may be reduced from the maximum sentence because of statutory earned time, work credits and program credits. The Defendant may also be eligible for parole before the sentence is discharged.

Defendant is advised of the right to appeal this judgment and sentence and of the right to apply for appointment of appellate counsel and the furnishing of a transcript if unable to pay the appeal costs. Defendant is also advised of the necessity to comply with the statutory requirements in filing a notice of appeal.

Defendant's appearance bond is released, and surety is exonerated. Defendant's appeal bond is fixed at $1,000.00.



State of Iowa Courts

**Case Number**  **Case Title**
FECR109702    STATE OF IOWA VS KERNS, BART STANLEY
**Type:**    ORDER OF DISPOSITION

So Ordered

Thomas P. Murphy, District Court Judge
Fifth Judicial District of Iowa

Electronically signed on 2021-09-02 15:18:59